141 So. 923

**Ex parte H. H. MONTGOMERY, as Supt. of Banks, etc.**

6 Div. 142.

Supreme Court of Alabama.
April 28, 1932.

PER CURIAM.
Petition dismissed.

143 So. 924

**H. L. PAYNE et al. v. STATE ex rel. R. L. SHERRILL.**

8 Div. 392.

Supreme Court of Alabama.
Oct. 6, 1932.

PER CURIAM.
Appeal dismissed by appellants.

141 So. 918

**Erle PETTUS et al. v. HUDSON & THOMP-SON.**

3 Div. 977.

Supreme Court of Alabama.
May 12, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

143 So. 924

**PIERCE DEVELOPMENT CO. v. William S. DOUGLASS.**

8 Div. 411.

Supreme Court of Alabama.
Oct. 6, 1932.

Joseph H. Morey, of Buffalo, N. Y., Proctor & Snodgrass, of Scottsboro, and Lanier & Pride, of Huntsville, for appellant.

Travis Williams, of Russellville, and Taylor, Richardson & Sparkman, of Huntsville, for appellee.

FOSTER, J.
Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

143 So. 925

**PROTECTIVE LIFE INS. CO. v. Katie Violet HARMON.**

6 Div. 162.

Supreme Court of Alabama.
Oct. 4, 1932.

PER CURIAM.
Appeal dismissed by agreement.

141 So. 918

**PURITY CREAMERY CO. v. A. W. BURT.**

4 Div. 617.

Supreme Court of Alabama.
May 12, 1932.

Cope & Cope, of Union Springs, for appellant.
Andrews & Andrews, of Union Springs, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

142 So. 918

**Mrs. A. L. REESE, Adm'x, v. A. E. HAW-KINS, Circuit Judge.**

7 Div. 138.

Supreme Court of Alabama.
May 19, 1932.

J. A. Johnson, of Ft. Payne, for petitioner.

PER CURIAM.
Rule nisi denied.